1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 | UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-254
                                      )
12 |                   Plaintiff,     )
                                      )   ORDER TO **UNSEAL** INDICTMENT
13 |      v.                          )
                                      )
14 |                                  )
   | FRANK WRIGHT, III,               )
15 |                                  )
   |                   Defendant.     )
16 |                                  )
   |_____)
17

18      Upon application of the United States of America and good cause
19 having been shown,
20      IT IS HEREBY ORDERED that the indictment in the above-captioned
21 proceeding be and is hereby unsealed.

22
23 Date: **Nov. 18**, 2011           /s/ Jennifer L. Thurston
                                     Honorable Jennifer L. Thurston
24                                   United States Magistrate Judge

25

26

27

28

                                   2

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br>FRANK WRIGHT, III,            )<br>                              )<br>              Defendant.      )<br>_____) | Case NO. 1:11-CR-254<br><br>REQUEST TO **UNSEAL** INDICTMENT |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: November 18, 2011         /s/ Elana S. Landau
                                        By: Elana S. Landau
                                        Assistant United States Attorney